# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRANDON T. SHEETS**                                                                      **PLAINTIFF**

v.                                                     Case No. 4:20-cv-01389-LPR

**JOHN DOE, Police Department and**
**Police Officers 1-4**                                                                       **DEFENDANTS**

## ORDER

Plaintiff Brandon Sheets brought this *pro se* suit alleging unidentified officers in Searcy, Arkansas routinely performed pretextual traffic stops of him intending to harass him in violation of 42 U.S.C. § 1983.[1]  On December 14, 2020, I explained that Mr. Sheets's Complaint (as currently pled) failed to state a claim.  I gave Mr. Sheets the opportunity to file, within 30 days, an amended complaint naming the Doe Officers and more sufficiently stating facts to support his claim.[2]  I warned Mr. Sheets that failure to amend his complaint would result in dismissal of his suit.[3]  Mr. Sheets did not amend his complaint, and the time to do so has passed.  As a result, for the reasons explained in my prior Order,[4] this case is dismissed without prejudice for failure to state a claim.[5]  The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[6]

Dated, this 21st day of January, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Complaint, Doc. 2.

[2] Order, Doc. 3.

[3] *Id*.

[4] *Id*.

[5] 28 U.S.C. § 1915(e)(2)(B)(ii).

[6] 28 U.S.C. § 1915(a)(3).