IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON T. SHEETS**                                                                                     **PLAINTIFF**

v.                                        Case No. 4:20-cv-01389-LPR

**JOHN DOE, Police Department and**
**Police Officers 1-4**                                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 21st day of January, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE